UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRUCE L. STIPE, #152145**            **CIVIL ACTION**

**VERSUS**            **NO. 24-1327**

**THOMAS MITCHELL, ET AL.**            **SECTION "I" (3)**

A **TELEPHONE** status conference is hereby **SCHEDULED** for **Wednesday, March 26, 2025, at 9:45 a.m.,** before the undersigned United States District Judge. The parties shall participate in the conference via telephone with the U.S. District Judge's office initiating the call.

**The Warden of B.B. "Sixty" Rayburn Correction Center is hereby ORDERED to have Bruce L. Stipe made available by telephone for the conference.**

New Orleans, Louisiana, this 7th day of March, 2025.

                             _____
                                  LANCE M. AFRICK
                            UNITED STATES DISTRICT JUDGE

**CLERK TO NOTIFY:**

**WARDEN**
**B.B. "Sixty" Rayburn Correctional Center**
**27268 Highway 21**
**Angie, Louisiana  70426**